IN THE DISTRICT COURT OF ATOKA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
JUN 09 2021
ATOKA COUNTY, OKLAHOMA
APRIL MAXEY, Court Clerk
By_____ Deputy

DOLLY WILLIAMS,

    Plaintiff,

vs.

WORLD AIRCRAFT, INC. and
BRIDGETTE LEIGH SWAREK,

    Defendants.

Case No. CJ-2021-33

## PETITION

**COMES NOW**, Dolly Williams, by and through her attorney, Eric Grantham, of *Stipe Law Firm* and for her cause of action against Defendants alleges and states as follows:

1. Plaintiff is a citizen of the state of Oklahoma.

2. Defendant World Aircraft, Inc. is a Mississippi corporation.

3. Defendant Bridgette Leigh Swarek is a Mississippi resident.

4. On February 7, 2020, defendant's agent, Bridgette Leigh Swarek, acting with the scope of her employment, crashed into the rear of Plaintiff's vehicle while Plaintiff was northbound on US 69 North and waiting for traffic to clear so she could turn left onto Hickory Street, causing her vehicle to be propelled into oncoming traffic and to be hit by a non-party.

5. The collision referenced in paragraph 4 above was caused by the negligence of Defendant's agent acting within the scope of her employment.

1

6.   As a result of the negligence of Defendants, Plaintiff has suffered physical and mental pain and suffering, permanent injury, physical impairment, and has incurred and will incur reasonable expenses of necessary medical care, treatment, and services and was otherwise injured and damaged, in an amount in excess of the amount required for diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

**WHEREFORE**, Plaintiff prays for judgment in her favor and against Defendant for actual damages in an amount in excess of the amount required for diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)., together with her costs, interest, attorney fees, and such other and further relief to which Plaintiff may show herself to be entitled.

Respectfully submitted,

_(signature)_

Eric Grantham, OBA # 22156
*Stipe Law Firm*
343 East Carl Albert Pkwy
P. O. Box 1369
McAlester, Oklahoma 74502
(918) 423-0421
(918) 423-0266 (facsimile)
*Attorneys for Plaintiff*

**ATTORNEY'S LIEN CLAIMED**