IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    DOLLY WILLIAMS, | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   21-CV-197-JWD |
| | ) | |
| 1.    WORLD AIRCRAFT, INC. and | ) | |
| 2.    BRIDGETTE LEIGH SWAREK, | ) | |
| | ) | |
|         Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

COME NOW, the Plaintiff and Defendants, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of all claims against all Defendants including all cross-claims with prejudice.

Respectfully submitted,

   /s Eric Grantham
Eric Grantham, OBA #22156
Stipe Law Firm
343 East Carl Albert Pkwy.
P.O. Box 1369
McAlester, OK 74502
(918) 423-0421
(918) 423-0266 facsimile
eric@stipelaw.com

*Attorneys for Plaintiff*

   /s W. Joseph Pickard
W. Joseph Pickard, OBA #19543
RODOLF & TODD
15 E. 5th Street, 6th Floor
Tulsa, OK  74103-4346
918-295-2100
918-295-7800 facsimile
Joe@rodolftodd.com

*Attorneys for Defendant World Aircraft, Inc*

/s Steven O. Kuperman
Bob L. Latham, OBA #15799
Brian L. Carter, OBA #20647
Steven O. Kuperman, OBA #22450
LATHAM, STEELE, LEHMAN, KEELE,
RATCLIFF, FREIJE & CARTER, P.C.
1515 E. 71st Street, Suite 200
Tulsa, Oklahoma 74136
918-970-2000 (Telephone)
918-970-2002 (Facsimile)
blatham@law-lsl.com
bcarter@law-lsl.com
skuperman@law-lsl.com

*Attorneys for Defendant Bridgette Leigh Swarek*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all registrants.

/s Steven O. Kuperman